In the Matter of E. A. MIXER et al., Respondents, against FRED PETREL et al., Appellants, Impleaded with Others.

(Submitted November 27, 1933; decided November 28, 1933.)

*Charles Dickerman Williams* for motion.

*S. W. Brennan* opposed.

Motion denied, without costs.